United States District Court
Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| JAMES REES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PNC BANK, N.A., et al.,<br><br>    Defendants. | Case No.: 14-CV-05232-LHK<br><br>**CASE MANAGEMENT ORDER** |
|---|---|

Plaintiffs' Attorney: Eunji Cho
Defendants' Attorney: Meagan Tom

    An initial case management conference was held on March 11, 2015. A further case management conference is set for July 8, 2015, at 2:00 p.m. The parties shall file their joint case management statement by July 1, 2015.

    The Court hereby refers the parties to Court-sponsored mediation.

    The Court set the following case schedule:

DEADLINE TO EXCHANGE INITIAL DISCLOSURES: March 27, 2015
DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: May 15, 2015
DEADLINE TO COMPLETE MEDIATION: June 15, 2015
FACT DISCOVERY CUTOFF: November 12, 2015

EXPERT DISCOVERY:
    Opening Reports: December 3, 2015
    Rebuttal Reports: December 30, 2015
    Close of Expert Discovery: January 21, 2016

DISPOSITIVE MOTIONS shall be filed by February 11, 2016, and set for hearing no later than March 31, 2016, at 1:30 p.m.  The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: May 12, 2016, at 1:30 p.m.

JURY TRIAL: June 6, 2016, at 9:00 a.m.  Trial is expected to last 3 days.

**IT IS SO ORDERED.**

Dated: March 11, 2015

_____
LUCY H. KOH
United States District Judge

Case No.: 14-CV-05232-LHK
CASE MANAGEMENT ORDER

2