United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES REES, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PNC BANK, N.A., et al.,<br>　　　　　Defendants. | Case No. 14-CV-05232-LHK<br><br>**ORDER DENYING REQUEST TO VACATE ALL UPCOMING DATES** |

On September 25, 2015, Plaintiffs Zane Rees and James Rees (collectively, "Plaintiffs"), and Defendants PNC Bank, N.A. dba PNC Mortgage and Deutsche Bank Trust Company Americas (collectively, "Defendants") filed a notice of settlement and a request to vacate upcoming dates. ECF No. 49. The parties informed the Court that the parties settled the case in August 2015, but would need until January 10, 2016 to file a stipulation of dismissal with prejudice and may request a further extension of that deadline. *Id.* The Court DENIES the parties' request to vacate all upcoming dates. If the parties have in fact settled and want to vacate all upcoming dates, they may file a stipulation of dismissal without prejudice and request that the Court retain jurisdiction to enforce the settlement. The case management conference remains as set on October 7, 2015, at 2:00 p.m.

1
Case No. 14-CV-05232-LHK
ORDER DENYING REQUEST TO VACATE ALL UPCOMING DATES

**IT IS SO ORDERED.**

Dated: September 28, 2015

_____
LUCY H. KOH
United States District Judge